NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

-------------------------

**IROBOT CORPORATION,**

*Appellant*

v.

**SHARKNINJA OPERATING LLC, SHARKNINJA MANAGEMENT LLC, SHARKNINJA SALES COMPANY,**

*Appellees*

-------------------------

2022-1234

-------------------------

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00734.

--------------------------------------------------

**SHARKNINJA OPERATING LLC, SHARKNINJA MANAGEMENT LLC, SHARKNINJA SALES COMPANY,**

*Appellants*

v.

**IROBOT CORPORATION,**

*Appellee*

-------------------------

2      iRobot Corporation v. SharkNinja Operating LLC

2022-1287

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00734.

_____

**ON MOTION**

_____

**O R D E R**

Upon consideration of SharkNinja Management LLC, SharkNinja Operating LLC and SharkNinja Sales Company's unopposed motion to voluntarily dismiss their Appeal No. 2022-1287,

IT IS ORDERED THAT:

(1) The motion is granted. Appeal No. 22-1287 is dismissed. The revised official caption for Appeal No. 22-1234, is reflected in this order.

(2) Each side shall bear their own costs in Appeal No. 22-1287.

FOR THE COURT

May 5, 2022
    Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

**ISSUED AS A MANDATE** (as to 22-1287 only): May 5, 2022